DANIEL RUBINO, as Executor of JOSEPH RUBINO, Deceased, Respondent, v. JOSEPH WEINSTEIN, Defendant, and LOUIS ROSENMAN, Appellant and Third-Party Plaintiff. UNITED STATES FIDELITY & GUARANTY COMPANY, Third-Party Defendant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. (See Civ. Prac. Act, § 99.) Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

SPENCER PRESS, an Infant, by MARTHA PRESS, His Guardian ad Litem, et al., Appellants, v. J. GOFFERMAN, Defendant, and ANNA GOFFERMAN, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

SPENCER PRESS, an Infant, by MARTHA PRESS, His Guardian ad Litem, et al., Appellants, v. J. GOFFERMAN, Defendant, and ANNA GOFFERMAN, Respondent.— Order unanimously reversed and the motion granted. The seriousness of the injuries claimed by plaintiff warrants granting of the preference under rule V of the Rules of the Appellate Division, First Department. Settle order on notice. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

FRANK SHERIDAN JONAS, INC., Appellant, v. GUILLERMO ROMANAT, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

In the Matter of the Arbitration between NOVELTY FABRICS CORP., Respondent, and LAWRENCE J. FINK, INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant and the motion denied. The question raised by the respondent is one for resolution by the arbitrators. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

HENKA CORPORATION, Appellant, v. SECURITY MUTUAL LIABILITY INSURANCE Co., Respondent.— Judgment and order unanimously affirmed, with costs. The damage sustained did not come within the coverage provided for by the indorsement in that it did not arise out of the " care, maintenance or operation" of the premises insured. Concur — Breitel, J. P., Rabin, Cox, Valente and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS B. SAPERSTEIN, Appellant.— Judgment of conviction and order, rendered on January 23, 1956, resentencing defendant unanimously vacated on the ground that, in the absence of both defendant and his attorney, there was no authority to alter the judgment and sentence rendered and imposed July 30, 1954 (Code Crim. Pro., §§ 356, 473), and the action is remitted to the Court of General Sessions for resentencing or such other proceedings which may be appropriate. Concur — Breitel, J. P., Rabin, Cox, Frank and Bastow, JJ. [See ante, p. 402.]

HORST VON ROEBEL et al., Copartners Doing Business under the Name of ROB FORBERG, on Behalf of Themselves and All Other Similarly Situated Persons Having Publisher Affiliation and Royalty Agreements with Sesac, Inc., v. SESAC, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Cox and Frank, JJ. [See ante, p. 822.]

In the Matter of 1985 CRESTON AVE. CORP. against TEMPORARY STATE HOUSING RENT COMMISSION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin and Cox, JJ. [See ante, p. 660.]

DAVE LEVINE & Co. INC. v. WOLF PACKAGE DEPOT, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Cox, Frank and Bergan, JJ. [See ante, p. 874.]